APRIL 11, 1958

**Reap. Dec. 9133.**—*C. J. Tower & Sons* v. *United States.* Entered at Niagara Falls, N. Y. Reap. Dec. 9092. Motion by plaintiff.